NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1539

ABRAXIS BIOSCIENCE, INC.,

Plaintiff-Appellee,

v.

NAVINTA LLC,

Defendant-Appellant.

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-1251, Judge Joel A. Pisano.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Hospira, Inc. moves for reconsideration of the court's order denying its motion for leave to file a brief amicus curiae. Abraxis Bioscience, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

FEB 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard de Bodo, Esq.
Meredity Martin Addy, Esq.
Michael P. Bauer, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2010

JAN HORBALY
CLERK